## MILLER, ENDORSEE, v. ALEXANDER.

1. The court requires an affidavit that there is a real defence before it will open a regular judgment by default.
2. Nor will they then do it if plaintiff has lost a term.

This was an action of debt, in which judgment had been entered by default in the preceding term, and now—

*Stewart*, for the defendant, moved to open the judgment and receive a plea upon a suggestion that there was a real defence, and cited *Fox* v. *Glass*, 2 *Str.* 823.

KINSEY, C. J. There must be an affidavit detailing the circumstances, and if merits appear, the court will admit the plea, provided the plaintiff has not lost a trial; but a regular judgment is not to be set aside where plaintiff has lost an assizes.

In this case the plaintiff has lost an assizes, and the motion, even if regularly brought forward, must be refused.

Motion denied.

